IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| KHALIF HUNTER | : | No. 17-cr-121-4 |

## ORDER

**AND NOW**, this 9th day of March, 2021, upon consideration of Khalif Hunter's § 2255 Motion to Vacate/Set Aside/Correct a Sentence (Doc. No. 216), the Government's Response to the Motion (Doc. No. 222), and Mr. Hunter's Reply in Further Support of the Motion (Doc. No. 227), it is **ORDERED** that:

1. The Motion (Doc. No. 216) is **DENIED** for the reasons set forth in the Court's Memorandum Opinion.

2. No certificate of appealability will issue because reasonable jurists would not disagree with this denial of Mr. Hunter's Motion.

3. The Clerk of Court shall mark this matter **CLOSED** for all purposes, including statistics.

BY THE COURT:

*/s/ Gene E.K. Pratter*
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE